IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH AMBROSE, Individually,<br>BRYAN AMBROSE, Individually, and<br>ELIZABETH AMBROSE and<br>BRYAN AMBROSE, as parents and<br>next friends of Edward Ambrose,<br>a minor,<br><br>          Plaintiffs,<br><br>   vs.<br><br>MENARD, INC., a Wisconsin<br>corporation,<br><br>          Defendant. | Case No. 8:09cv240<br><br><br><br><br><br><br><br><br>**ORDER** |

Upon notice of settlement given to Senior Judge Lyle E. Strom,

**IT IS ORDERED:**

1. On or before **October 30, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior District Judge Lyle E. Strom, at strom@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference before the undersigned set for October 15, 2010, is cancelled upon the representation that this case is settled.

Dated this 23rd day of August 2010.

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        United States Magistrate Judge