IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ELIZABETH AMBROSE,            )
individually, BRYAN AMBROSE, )
individually, and ELIZABETH  )
AMBROSE and BRYAN AMBROSE,    )
as parents and next friends  )
of Edward Ambrose, a minor,  )
                             )
             Plaintiffs,     )         8:09CV240
                             )
         v.                  )
                             )
MENARD, INC., a Wisconsin    )           ORDER
corporation,                 )
                             )
             Defendant.      )
_____)
```

This matter is before the Court on the stipulation of
dismissal (Filing No. 42).  The Court finds the stipulation
should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation of dismissal is
approved and adopted.  This action is dismissed with prejudice,
each party to pay their own costs and attorney fees.

DATED this 7th day of October, 2010.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court